UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.                                     CRIMINAL NO. 5:03-CR-00315-001

JAMES D'APRIX

NORMAN A. MORDUE, CHIEF U.S. DISTRICT JUDGE

### ORDER

The Court has reviewed written correspondence from the defendant's attorney and supervising probation officer. After considering the information contained in these reports, the following decisions are made:

1. No early termination from supervision will be granted, at this time.

2. No international travel allowed.

3. Travel within the United States for employment purposes is authorized.

All other conditions of supervision remain in effect.

SO ORDERED.

Dated: May 1, 2009
Syracuse, New York

Honorable Norman A. Mordue
Chief U.S. District Judge